Brent Dorian Brehm – SBN 248983
Email: bbrehm@kantorlaw.Net
Kantor & Kantor, LLP
19839 Nordhoff Street
Northridge, Ca 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

PHILIP G. FAIRBANKS (KY Bar 91994) (admitted *pro hac vice*)
Mehr, Fairbanks & Peterson
Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830

Attorneys for Plaintiff
Robert Wiedo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WIEDO,<br><br>          Plaintiff,<br><br>     vs.<br><br>SECURIAN LIFE INSURANCE COMPANY, et al.<br><br>          Defendant. | CASE NO. 20-cv-06203-RS<br><br>JOINT STIPULATION AND ORDER FOR PLAINTIFF TO FILE AMENDED COMPLAINT and<br>DENYING AS MOOT, AND WITHOUT PREJUDICE,  1) DEFENDANT MCKESSON CORPORATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT, MOTION TO STRIKE PLAINTIFF'S JURY DEMAND, AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES (Doc. 52) and 2) DEFENDANT MCKESSON CORPORATION LIFE AND ACCIDENTAL DEATH & DISMEMBERMENT PLAN'S MOTION TO DISMISS FIRST AMENDED COMPLAINT, MOTION TO STRIKE JURY DEMAND, AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES (Doc. 53) |

JOINT STIPULATION AND ORDER FOR PLAINTIFF TO FILE AMENDED COMPLAINT
AND DENYING DEFENDANTS' MOTIONS (DOC. 52 AND DOC. 53) AS MOOT

TO THE HONORABLE RICHARD SEEBORG:

PLEASE TAKE NOTICE that Plaintiff Robert Wiedo ("Plaintiff") and Defendants Securian Life Insurance Company, McKesson Corporation, and McKesson Corporation Life and Accidental Death & Dismemberment Plan ("Defendants") stipulate and agree pursuant to Civil Rule 15(a)(2) that Plaintiff shall file an amended complaint on or before November 13, 2020. The parties further stipulate and agree that Defendant McKesson Corporation's Motion to Dismiss First Amended Complaint or in the Alternative For a More Definite Statement, and Motion to Strike Jury Demand (Doc. 52) and Defendant McKesson Corporation Life and Accidental Death & Dismemberment Plan's Motion to Dismiss First Amended Complaint, Motion to Strike Plaintiff's Jury Demand, and Incorporated Memorandum of Points and Authorities (Doc. 53) (the "Motions"), shall be denied as moot, without prejudice to Defendants' right to re-raise any arguments made in the Motions, based on the following facts:

1. Defendants filed the Motions on October 15, 2020.
2. Counsel for Plaintiff and Counsel for Defendants have met and conferred in an attempt to resolve the issues raised in the Motions without the necessity of Court intervention.
3. Counsel have agreed that Plaintiff will file an amended complaint on or before November 13, 2020, which would moot the Defendants' pending motions.
4. The parties further agree that it is without prejudice to the Defendants' right to re-raise any issues raised in the Motions at a later date, if necessary.

IT IS THEREFORE STIPULATED and agreed by and between the parties that Plaintiff shall file an amended complaint on or before November 13, 2020, and that Defendants' pending Motions shall be denied as moot, without prejudice to Defendants' right to re-raise any arguments made in the Motions at a later date, if necessary.

MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS PLLC
201 West Short St., Ste. 800
Lexington, Kentucky 40507
(859) 225-3731

DATED: November 6, 2020		Mehr, Fairbanks & Peterson
						Trial Lawyers, PLLC


					By:	*/s/ Philip G. Fairbanks*
						Philip G. Fairbanks
						Attorneys for Plaintiff Robert Wiedo

DATED: November 6, 2020		McDowell Heatherington LLP


					By:	*/s/ Kristina B. Pett*
						Kristina B. Pett
						Attorneys for Defendants
						McKesson Corporation,
						McKesson Corporation Life and Accidental
						Death & Dismemberment Plan, and
						Securian Life Insurance Company

---

JOINT STIPULATION AND ORDER FOR PLAINTIFF TO FILE AMENDED COMPLAINT
AND DENYING DEFENDANTS' MOTIONS (DOC. 52 AND DOC. 53) AS MOOT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court orders that Plaintiff shall file an amended complaint on or before November 13, 2020. The Court orders that Defendants' motions to dismiss, motion for a more definite statement, and motions to strike jury demand (Doc. 52 and Doc. 53) are denied as moot, without prejudice to Defendants' right to re-raise any issues argued in those Motions at a later date, if necessary.

DATED: November 6, 2020

_____
Hon. Richard Seeborg
U.S. DISTRICT COURT JUDGE

MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS PLLC
201 West Short St., Ste. 800
Lexington, Kentucky 40507
(859) 225-3731

JOINT STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO FILE AMENDED COMPLAINT AND DENYING DEFENDANTS' MOTIONS (DOC. 52 AND DOC. 53) AS MOOT